# U.S. District Court [LIVE]
# Western District of Texas (Midland)
# CIVIL DOCKET FOR CASE #: 7:25–cv–00487–DC–DTG

AlmondNet, Inc. v. Adobe Inc.

Assigned to: Judge David Counts

Referred to: Judge Derek T. Gilliland

Cause: 35:100 Patent Infringement

Date Filed: 10/23/2025

Jury Demand: Plaintiff

Nature of Suit: 830 Patent

Jurisdiction: Federal Question

**Plaintiff**

**AlmondNet, Inc.**
represented by **Adam Hoffman**
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
(310)826–7474
Fax: (310)826–6991
Email: ahoffman@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian D. Ledahl**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: bledahl@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel B Kolko**
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
(310) 826–7474
Fax: (310) 826–6991
Email: dkolko@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Milkey**
Russ August & Kabat
12424 Wilshire Blvd.
Ste 12th Floor
Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: jmilkey@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James S. Tsuei**

Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
(310) 826–7474
Fax: (310) 826–6991
Email: jtsuei@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Ma**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: jma@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Scheufler**
Russ August & Kabat
12424 Wilshire Blvd
Ste 12 Floor
Los Angeles, CA 90025
713–444–4722
Email: jscheufler@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc A. Fenster**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
(310) 826–7474
Fax: (310) 826–6991
Email: mafenster@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip X. Wang**
Russ August & Kabat
12424 Wilshire Blvd
12th Floor
Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: pwang@raklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Reza Mirzaie**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
310–826–7474

Fax: 310–826–6991
Email: rmirzaie@raklaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Intent IQ, LLC**                                    represented by    **Adam Hoffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian D. Ledahl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel B Kolko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Milkey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James S. Tsuei**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Ma**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Scheufler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc A. Fenster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip X. Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Reza Mirzaie**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Adobe Inc.**                                        represented by   **Jonathan Swisher**
Arnold & Porter Kaye Scholer LLP
4 Embarcadero Center
14th Floor
San Francisco, CA 94111–4024
415–471–3132
Email: jonathan.swisher@arnoldporter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Raftrey**
Arnold & Porter
3 Embarcadero Center
10th Floor
San Francisco, CA 94111–4024
415–471–3365
Email: mark.raftrey@arnoldporter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicholas H. Lee**
Arnold & Porter Kaye Scholer LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017–5844
(213) 243–4000
Fax: (213) 243–4199
Email: Nicholas.Lee@arnoldporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan J. Casamiquela**
Arnold & Porter Kaye Scholer LLP
4 Embarcadero Center
14th Floor
San Francisco, CA 94111–4024
415–471–3100
Email: ryan.casamiquela@arnoldporter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael E. Jones**
Potter Minton
102 North College
Suite 900
Tyler, TX 75702
903–525–2239
Email: mikejones@potterminton.com

ATTORNEY TO BE NOTICED

**Shaun William Hassett**
Potter Minton
102 North College
Suite 900
Tyler, TX 75702
903–525–2272
Email: shaunhassett@potterminton.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/23/2025 | Ï 1 | COMPLAINT *FOR PATENT INFRINGEMENT* ( Filing fee $ 405 receipt number ATXWDC–20889295), filed by AlmondNet, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Civil Cover Sheet)(Mirzaie, Reza) (Entered: 10/23/2025) |
| 10/23/2025 | Ï 2 | REQUEST FOR ISSUANCE OF SUMMONS by AlmondNet, Inc.. (Mirzaie, Reza) (Entered: 10/23/2025) |
| 10/23/2025 | Ï 3 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Mirzaie, Reza) (Entered: 10/23/2025) |
| 10/23/2025 | Ï 4 | NOTICE *of Related Cases* by AlmondNet, Inc. re 1 Complaint (Mirzaie, Reza) (Entered: 10/23/2025) |
| 10/23/2025 | Ï 5 | RULE 7 DISCLOSURE STATEMENT filed by AlmondNet, Inc.. (Mirzaie, Reza) (Entered: 10/23/2025) |
| 10/23/2025 | Ï | Case assigned to Judge David Counts **pursuant to the Order Assigning Business of the Court as it Relates to Patent Cases, filed 7/25/2022**. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (kg) (Entered: 10/24/2025) |
| 10/24/2025 | Ï | **Local Rule CV–10(b) requires signature block to include mailing address, email address, signature, state bar card number, and telephone and fax numbers (including area code). The state bar card number is to be included in the signature block on all future filings.** (kg) (Entered: 10/24/2025) |
| 10/24/2025 | Ï 6 | Summons Issued as to Adobe Inc.. (kg) (Entered: 10/24/2025) |
| 10/28/2025 | Ï 7 | ORDER AND ADVISORY. REFERRING CASE to Magistrate Judge Derek T. Gilliland. Signed by Judge David Counts. (kg) (Entered: 10/28/2025) |
| 10/29/2025 | Ï 8 | SUMMONS Returned Executed by AlmondNet, Inc.. Adobe Inc. served on 10/27/2025, answer due 11/17/2025. (Mirzaie, Reza) (Entered: 10/29/2025) |
| 11/12/2025 | Ï 9 | NOTICE of Attorney Appearance by Shaun William Hassett on behalf of Adobe Inc.. Attorney Shaun William Hassett added to party Adobe Inc.(pty:dft) (Hassett, Shaun) (Entered: 11/12/2025) |
| 11/12/2025 | Ï 10 | NOTICE of Attorney Appearance by Michael E. Jones on behalf of Adobe Inc.. Attorney Michael E. Jones added to party Adobe Inc.(pty:dft) (Jones, Michael) (Entered: 11/12/2025) |
| 11/12/2025 | Ï 11 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Adobe Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Jones, Michael) (Entered: 11/12/2025) |

| 11/14/2025 | 12 | ORDER GRANTING FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT (DKT. NO. 11); Adobe Inc. answer due 12/17/2025. Signed by Judge Derek T. Gilliland. (kg) (Entered: 11/17/2025) |
|---|---|---|
| 12/17/2025 | 13 | MOTION to Dismiss *1 Complaint* by Adobe Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Hassett, Shaun) (Entered: 12/17/2025) |
| 12/18/2025 | 14 | Pro Hac Vice Letter to attorney **Jonathan Swisher** (jb3) (Entered: 12/18/2025) |
| 12/18/2025 | 15 | Pro Hac Vice Letter to attorney **Ryan Casamiquela** (jb3) (Entered: 12/18/2025) |
| 12/18/2025 | 16 | Pro Hac Vice Letter to attorney **Mark Raftrey** (jb3) (Entered: 12/18/2025) |
| 12/18/2025 | 17 | MOTION to Appear Pro Hac Vice by Shaun William Hassett *for Jonathan Swisher* ( Filing fee $ 100 receipt number ATXWDC–21123400) by on behalf of Adobe Inc... Motions referred to Judge Derek T. Gilliland. (Hassett, Shaun) (Entered: 12/18/2025) |
| 12/18/2025 | 18 | NOTICE of Attorney Appearance by Nicholas H. Lee on behalf of Adobe Inc. (Lee, Nicholas) (Entered: 12/18/2025) |
| 12/19/2025 | 19 | MOTION to Appear Pro Hac Vice by Shaun William Hassett *for Ryan Casamiquela* ( Filing fee $ 100 receipt number ATXWDC–21124785) by on behalf of Adobe Inc... Motions referred to Judge Derek T. Gilliland. (Hassett, Shaun) (Entered: 12/19/2025) |
| 12/19/2025 | 20 | ORDER GRANTING 17 Motion to Appear Pro Hac Vice for Attorney Jonathan Swisher for Adobe Inc.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (kg) (Entered: 12/19/2025) |
| 12/29/2025 | 21 | ORDER GRANTING 19 Motion to Appear Pro Hac Vice for Attorney Ryan J. Casamiquela for Adobe Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Derek T. Gilliland. (kg) (Entered: 12/29/2025) |
| 12/31/2025 | 22 | Unopposed MOTION for Extension of Time to File Response/Reply as to 13 MOTION to Dismiss *1 Complaint* by AlmondNet, Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Kolko, Daniel) (Entered: 12/31/2025) |
| 01/07/2026 | 23 | ORDER GRANTING PLAINTIFFS UNOPPOSED FIRST MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE (DKT. NO. 22). Signed by Judge Derek T. Gilliland. (kg) (Entered: 01/07/2026) |
| 01/07/2026 | 24 | AMENDED COMPLAINT *FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT* against Adobe Inc. amending 1 Complaint., filed by AlmondNet, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Mirzaie, Reza) (Entered: 01/07/2026) |
| 01/14/2026 | 25 | Unopposed MOTION for Extension of Time to File Answer re 24 Amended Complaint, by Adobe Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Hassett, Shaun) (Entered: 01/14/2026) |
| 01/15/2026 | Ï | DEFICIENCY NOTICE: re 25 Unopposed MOTION for Extension of Time to File Answer re 24 Amended Complaint, : Proposed Order has incorrect case number. Please correct and refile. This motion will not be forwarded to the assigned judge for consideration and will be terminated. (kg) (Entered: 01/15/2026) |

| | | |
|---|---|---|
| 01/15/2026 | 26 | Unopposed MOTION for Extension of Time to File Answer re 24 Amended Complaint, by Adobe Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Hassett, Shaun) (Entered: 01/15/2026) |
| 01/16/2026 | 27 | ORDER GRANTING FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT (DKT. NO. 26); Adobe Inc. answer due 3/9/2026. Signed by Judge Derek T. Gilliland. (kg) (Entered: 01/16/2026) |
| 02/19/2026 | 28 | MOTION to Transfer Case *Venue to the Northern District of California Pursuant to Sec 1404(a)* by Adobe Inc.. (Attachments: # 1 Casamiquela Declaration, # 2 Ex. 1 – Smith Declaration (Sept. 2025), # 3 Ex. 2 – Smith Declaration (Feb. 2026), # 4 Ex. 3 – Raghav Pandey Accurint, # 5 Ex. 4 – Raghav Pandey LinkedIn, # 6 Ex. 5 – Rahul Biswas Accurint, # 7 Ex. 6 – Rahul Biswas LinkedIn, # 8 Ex. 7 – Vasanthi Holtcamp Accurint, # 9 Ex. 8 – Vasanthi Holtcamp LinkedIn, # 10 Ex. 9 – Brett Wilson Accurint, # 11 Ex. 10 – Brett Wilson LinkedIn, # 12 Ex. 11 – John Hughes Accurint, # 13 Ex. 12 – John Hughes LinkedIn, # 14 Ex. 13 – Virgil Palanciuc LinkedIn, # 15 Ex. 14 – Harleen Sahni Accurint, # 16 Ex. 15 – Harleen Sahni LinkedIn, # 17 Ex. 16 – Asa Whillock Accurint, # 18 Ex. 17 – Asa Whillock LinkedIn, # 19 Ex. 18 – Adobe 2016 10–K, # 20 Ex. 19 – '146 IPR (Meta), # 21 Ex. 20 – U.S. Patent No. 6,285,987, # 22 Ex. 21 – David Roth Accurint, # 23 Ex. 22 – David Roth Obituary, # 24 Ex. 23 – Dylan Salisbury Accurint, # 25 Ex. 24 – David Salisbury LinkedIn, # 26 Ex. 25 – '398 Patent IPR (Yahoo!), # 27 Ex. 26 – '398 IPR (LiveIntent), # 28 Ex. 27 – U.S. Patent Pub. No. 20060271690A1, # 29 Ex. 28 – U.S. Patent No. 20060265507A1, # 30 Ex. 29 – Jaz Banga Accurint, # 31 Ex. 30 – Jaz Banga LinkedIn, # 32 Ex. 31 – Nitin Shah Accurint, # 33 Ex. 32 – Nitin Shah LinkedIn, # 34 Ex. 33 – Brijesh Patel Accurint, # 35 Ex. 34 – Brijesh Patel LinkedIn, # 36 Ex. 35 – Amul Patel Accurint, # 37 Ex. 36 – Amul Patel LinkedIn, # 38 Ex. 37 – Roy Shkedi Accurint, # 39 Ex. 38 – Roy Shkedi LinkedIn, # 40 Ex. 39 – AlmondNet Pitchbook, # 41 Ex. 40 – Intent IQ Pitchbook, # 42 Ex. 41 – Eitan Madmon LinkedIn, # 43 Ex. 42 – Micha Shkedi Accurint, # 44 Ex. 43 – Micha Shkedi LinkedIn, # 45 Ex. 44 – Nathan Low Accurint, # 46 Ex. 45 – Nathan Low LinkedIn, # 47 Ex. 46 – Dror Yishai LinkedIn, # 48 Ex. 47 – San Jose to Midland – Google Maps, # 49 Ex. 48 – District Court Judicial Caseload Statistics, # 50 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Hassett, Shaun) (Entered: 02/19/2026) |
| 03/05/2026 | 29 | NOTICE *of Venue Discovery* by AlmondNet, Inc., Intent IQ, LLC (Kolko, Daniel) (Entered: 03/05/2026) |
| 03/10/2026 | Ï | Text Order MOOTING 13 Motion to Dismiss in light of the amended complaint (Dkt. No. 24). Entered by Judge Derek T. Gilliland. (This is a text–only entry generated by the court. There is no document associated with this entry.) (CWlc) (Entered: 03/10/2026) |
| 03/16/2026 | 31 | Unopposed MOTION for Extension of Time to File Response/Reply as to 30 MOTION to Dismiss *First Amended Complaint* by AlmondNet, Inc., Intent IQ, LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Kolko, Daniel) (Entered: 03/16/2026) |
| 03/24/2026 | Ï | Text Order GRANTING 31 Motion for Extension of Time to File Response/Reply. It is ORDERED that the plaintiffs, AlmondNet, Inc. and Intent IQ, LLC, shall respond to the defendant's motion to dismiss on or before April 13, 2026. Entered by Judge Derek T. Gilliland. (This is a text–only entry generated by the court. There is no document associated with this entry.) (CWlc) (Entered: 03/24/2026) |
| 04/13/2026 | 32 | Response in Opposition to Motion, filed by AlmondNet, Inc., Intent IQ, LLC, re 30 MOTION to Dismiss *First Amended Complaint* filed by Defendant Adobe Inc. (Attachments: # 1 Affidavit of James A. Milkey, # 2 Exhibit A, # 3 Exhibit B)(Milkey, James) (Entered: 04/13/2026) |
| 04/16/2026 | 33 | Unopposed MOTION for Extension of Time to File Response/Reply as to 30 MOTION to Dismiss *First Amended Complaint* by Adobe Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Hassett, Shaun) (Entered: 04/16/2026) |

| 04/20/2026 | Ï | Text Order GRANTING 33 Motion for Extension of Time to File Response/Reply. The deadline for the defendant's reply to the motion to dismiss (Dkt. No. 30) is extended up to and including May 4, 2026. Entered by Judge Derek T. Gilliland. (This is a text−only entry generated by the court. There is no document associated with this entry.) (CWlc) (Entered: 04/20/2026) |
|---|---|---|
| 05/04/2026 | 34 | REPLY to Response to Motion, filed by Adobe Inc., re 30 MOTION to Dismiss *First Amended Complaint* filed by Defendant Adobe Inc. (Hassett, Shaun) (Entered: 05/04/2026) |
| 05/04/2026 | 35 | Joint MOTION *to Extend Deadlines for Transfer Briefing* by AlmondNet, Inc., Intent IQ, LLC. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Kolko, Daniel) (Entered: 05/04/2026) |
| 05/05/2026 | Ï | Text Order GRANTING 35 Motion. It is ORDERED that the plaintiffs, AlmondNet Inc. and Intent IQ, LLC, shall respond to the defendant's motion to transfer (Dkt. No. 28) on or before May 21, 2026, and the defendant shall file its Reply on or before June 11, 2026. Entered by Judge Derek T. Gilliland. (This is a text−only entry generated by the court. There is no document associated with this entry.) (CWlc) (Entered: 05/05/2026) |
| 05/21/2026 | 36 | AFFIDAVIT in Support *of Plaintiffs' Opposition to Adobe Inc.'s Motion to Transfer Venue to the Northern District of California* by AlmondNet, Inc., Intent IQ, LLC. (Attachments: # 1 Exhibit 3, # 2 Exhibit 4, # 3 Exhibit 5, # 4 Exhibit 6, # 5 Exhibit 7, # 6 Exhibit 8, # 7 Exhibit 9, # 8 Exhibit 10, # 9 Exhibit 12, # 10 Exhibit 13, # 11 Exhibit 14, # 12 Exhibit 15)(Kolko, Daniel) (Entered: 05/21/2026) |
| 05/21/2026 | 37 | Sealed Response in Opposition to Adobe Inc.'s Motion to Transfer Venue filed by AlmondNet, Inc., Intent IQ, LLC pursuant to W.D. Texas SDS procedures. (slt) (Entered: 05/22/2026) |
| 06/11/2026 | 38 | Sealed Reply Brief in Support of its Motion to Transfer Venue pursuant to §1404(A) filed by Adobe Inc. pursuant to W.D. Texas SDS procedures. (Attachments: (1) Declaration of Ryan Casamiquela, (2−19) – Exhibits 1−18) (jb3) (Entered: 06/11/2026) |
| 06/15/2026 | 39 | ORDER Setting Initial Pretrial Conference Held in Person Initial Pretrial Conference set for 7/29/2026 02:00 PM in Waco before Judge Derek T. Gilliland. Signed by Judge Derek T. Gilliland. (kg) (Entered: 06/15/2026) |
| 06/17/2026 | 40 | Redacted Public Version of 38 Sealed Document by Adobe Inc.. (Hassett, Shaun) (Entered: 06/17/2026) |
| 06/18/2026 | 41 | Pro Hac Vice Letter to Mark Raftrey as to Adobe Inc. (kg) (Entered: 06/18/2026) |
| 06/18/2026 | 42 | MOTION to Appear Pro Hac Vice by Shaun William Hassett *on behalf of Mark Raftrey* ( Filing fee $ 100 receipt number ATXWDC−22157438) by on behalf of Adobe Inc.. (Attachments: # 1 Proposed Order). Motions referred to Judge Derek T. Gilliland. (Hassett, Shaun) (Entered: 06/18/2026) |
| 06/22/2026 | Ï | Text Order GRANTING 42 Mark Raftrey's Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice Pro Hac Vice in this case must register for electronic filing with our Court within 10 days of this Order. Registration is managed by the PACER Service Center. It is further ORDERED that if counsel has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Court Rule AT−1(f)(2). It is so ORDERED. Entered by Judge David Counts. (This is a text−only entry generated by the court. There is no document associated with this entry.) (db) (Entered: 06/22/2026) |
| 07/14/2026 | 43 | Rule 26(f) Discovery Report/Case Management Plan by Adobe Inc.. (Hassett, Shaun) (Entered: 07/14/2026) |
| 07/27/2026 | 44 | |

| | | |
|---|---|---|
| | | ORDER Resetting Initial Pretrial Conference. Initial Pretrial Conference reset for **8/19/2026 at 02:00 PM** in Waco before Judge Derek T. Gilliland. Signed by Judge Derek T. Gilliland. (slt) (Entered: 07/27/2026) |
| 07/29/2026 | 45 | STIPULATION *Joint Stipulation to Transfer Venue to Northern District of California and Unopposed Motion to Withdraw Adobe's Motion to Dismiss* by Adobe Inc.. (Attachments: # 1 Proposed Order)(Hassett, Shaun). (Entered: 07/29/2026) |
| 07/30/2026 | 46 | ORDER GRANTING THE PARTIES JOINT MOTION TO TRANSFER AND UNOPPOSED MOTION TO WITHDRAW (DKT. NO. 45) Signed by Judge Derek T. Gilliland. (llm) (Entered: 07/30/2026) |